**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00591-REB-KLM

VIGILANT INSURANCE COMPANY, a New York corporation,

      Plaintiff,

v.

ATMOS ENERGY CORPORATION, a Texas corporation, and
TONY VEIT BUILDERS, INC., a Colorado corporation,

      Defendants.

---

**ORDER DISMISSING DEFENDANT TONY VEIT BUILDERS, INC., ONLY**

---

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#53]

filed February 25, 2010.  After careful review of the stipulation and the file, I conclude

that the stipulation should be approved and that plaintiff's claims against defendant,

Tony Veit Builders, Inc., should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#53] filed February 25,

2010, is **APPROVED**;

      2.  That plaintiff's claims against defendant Tony Veit Builders, Inc., are

**DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and

costs;

      3.  That any pending motion filed by or on behalf of defendant, Tony Veit

Builders, Inc., is **DENIED** as moot; and

    4.  That defendant, Tony Veit Builders, Inc., is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

    Dated February 25, 2010, at Denver, Colorado.

                   **BY THE COURT:**

                   Robert E. Blackburn
                   United States District Judge