IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00591-REB-KLM

VIGILANT INSURANCE COMPANY, a New York corporation,

    Plaintiff,

v.

ATMOS ENERGY CORPORATION, a Texas corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#58] filed April 19, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#58] filed April 19, 2010, is **APPROVED**;

    2. That the jury trial set to commence April 26, 2010, is **VACATED**; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated April 20, 2010, at Denver, Colorado.

    BY THE COURT:

    Robert E. Blackbum
    United States District Judge